**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CASE NO. 1:12-CV-02392

ANTHONY SMITH,

    Plaintiff,

v.

BLATT, HASENMILLER,
LEIBSKER & MOORE, LLC

    Defendant.

_____/

## **MOTION TO WITHDRAW AS COUNSEL**

NOW COMES counsel for Plaintiff, WEISBERG & MEYERS, LLC ("W&M"), and hereby moves this Honorable Court to grant Weisberg & Meyers, LLC, leave to withdraw as counsel for Plaintiff, ANTHONY SMITH. In support thereof, Weisberg & Meyers, LLC, states as follows:

1. W&M represents Plaintiff, Anthony Smith, in this matter, as well as another similar case for alleged violations of the Fair Debt Collection Practices Act.

2. On no fewer than five (5) occasions, Mr. Weisberg has attempted to contact Plaintiff via telephone and email with regard to both cases; however he has refused to return Mr. Weisberg's calls or emails.

3. Furthermore, on April 2, 2012, Mr. Weisberg sent Plaintiff a letter requesting a return phone call to Mr. Weisberg directly, or W&M would have no choice but to close Plaintiff's file; W&M has not received any return phone call or other response to the letter. (See April 2, 2012, correspondence, attached hereto as Exhibit "A").

4. Based on Plaintiff's refusal to cooperate and communicate with his attorneys, W&M is unable to continue representing the Plaintiff in regard to this action.

WHEREFORE, Weisberg & Meyers, LLC respectfully requests that this Honorable Court grant it leave to withdraw as counsel for Plaintiff in this matter, and for such other and further relief as this Court deems appropriate.

Respectfully submitted,<br>
**WEISBERG & MEYERS, LLC**

By:_____
Alex Weisberg

ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax

## CERTIFICATE OF SERVICE BY MAIL

I, Alex D. Weisberg, attorney for Plaintiff, certify that a true and correct copy of the foregoing was served upon Mr. Anthony Smith, 1701 State Street, Suite 1E, Calumet City, IL 60409, and Blatt, Hasenmiller, Leibsker & Moore, LLC, 125 S. Wacker Dr., Suite 400, Chicago, IL 60606 by depositing the same on April _____, 2012, in the U.S. Mail.

By:_____
Alex D. Weisberg

## **CERTIFICATE OF GOOD FAITH CONFERENCE**

    I HEREBY CERTIFY THAT I attempted to confer in good faith with counsel for Defendant regarding the issues raised in this motion but was unsuccessful in doing so.

                                        By: s/ Alex Weisberg
                                        ALEX D. WEISBERG