# EXHIBIT "A"

# **Weisberg & Meyers, LLC**

**Attorneys for Consumers**
**www.AttorneysForConsumers.com**
**Toll Free Nationwide 1-888-595-9111**
**Florida Office**
**5722 S. Flamingo Road, #656**
**Cooper City FL 33330**
**954-212-2184**
**866-577-0963 Facsimile**

**extension: 211**
**E-mail: AWeisberg@AttorneysForConsumers.com**

**Writer licensed in:**
**Florida, Illinois;**
**United States District Courts for the District of Colorado and the Western District of Oklahoma**

April 2, 2012

Mr. Anthony Smith
1701 State Street Suite 1E
Calumet City IL 60409

**Anthony Smith v. Budzik & Dynia, LLC and Jefferson Capital Systems, LLC**

Dear Mr. Smith:

    I have tried to reach you (by phone and email) numerous times to discuss a possible settlement in your case but have been unsuccessful and have yet to receive a return phone call. At this point I have serious concerns regarding whether you intend to continue with your case.

    Please call me directly within the next seven (7) days or we will have no choice but to close your file with our firm.

Best regards,

*Signed Electronically*

Alex Weisberg
Attorney at Law